United States District Court
Middle District of Alabama
Northern Division

James R. Nekvasil Jr. et Al
Plaintiff,

V.    Case #2:20-cv-00274-ECM

Federal Bureau of Prisons
Warden, FPC Montgomery
Defendant,

Addendum to Magistrate's Order and Financial Disclosure

Comes Now James R. Nekvasil Jr. (Hereinafter "Plaintiff") in pro se capacity under the liberal construction understood in Haines V. Kernes US 519 (1972) to File this Addendum to Magistrates Order and Financial disclosure.

The Plaintiff is filing this Addendum Seperate from additional Financial Disclosure as the situation between Staff and Prisoner's has Dramatically deteriorated to the point of demonstrations and intentional Denials of Due Process.

During the last 48 hours the Executive Staff have made several comments to support the fraud and constitutional abuses alleged by the Plaintiff, Specifically by way of an offer of proof the Associate Warden directly to the Plaintiff with witnesses (300+) both of Staff (12+) and prisoners was told in regards to the Directive by Attorney General Barr and Cares Act legislation the following:

"He (Attorney General) was under pressure and acted without knowing policy or law"

"When we told you that you were going to be released you didn't really believe that"

Friday 5-1   4:00-5:00   Rec Area

When the tensions were initially handled by the Captain he stated:

"I never told you, you were going Home" or to call your Families

Friday 5-1   4:00-5:00   Rec Area

✱ Affidavit Available if Requested, contemporaneous notes exist

While Disturbing to hear such statements after reaching out to our Families upon directive of department heads it is clear that the will of Congress and the order of the Attorney General were "Never" considered.

Given the inflamitory nature, statements such as above Demonstrate it is clear that our Due process was denied before it began.

As stated the Plaintiff has filed Administrative remedies and twice received errors that were the making of Staff. To highlight this is the complete denial of remedies for both the Compassionate Release and Direct Home Confinement under Cares Act by Unit team. Specifically the following Statement was made by the person in charge of Administrative Remedies, (Counsler Warren)

"I am not doing your paperwork, I will not help you, you got nothin coming"

May 1, 2020   3:50 pm
Montgomery Unit lobby

Policy, laws and the Constitutional protections Are included in the remedy procedure, Now because of his personal affront due to protests the person in charge of logging, filing and Prosecuting the remedies has refused This position was ignored by the AW and Captain When Questioned,

## Conclussion

The Plaintiff appologizes for the emotion but in front of 300+ prisoners and a dozen staff to be told that everything was a "lie" by the Associate Warden and nothing coming by Unit team while prisoners Are still dying nationwide is Deliberate indifference to the law, and Constitution, With the above Actions the Plaintiff has filed two Financial Disclosures to ensure compliance with this Court.

Respectfully Submitted on This 2 day of May, 2020



James R. Rekucki Jr