May 17, 2020

United States Federal Courthouse Annex
ATTN: Honorable Judge Emily Marks
1 Church Street
Montgomery, AL 36104

RE: James Nekvasil Et Al
    vs
    U.S. Bureau of Prisons

Case #: 2:20-CV-00-274-ECM-WC

Honorable Judge Marks:

I am an inmate at FPC Montgomery. My inmate registration number is 25482-075. I arrived May 7, 2019 and have served 25% of my gross sentence. Having never received any disciplinary action since arriving, I am truly a model inmate.

Since the inception of the COVID-19 epidemic in the U.S., specifically in the federal prison system, I have been very suspect of the Bureau of Prison's regard for inmate health and safety. With the number of cases and deaths within the BoP, I feel that my suspicions are very well founded. Over time, I have come to realize that the BoP not only has little regard for inmate safety, but willfully puts inmates in situations where we are completely unprotected and vulnerable to the virus. The genesis of this communication to you is to "pull back the curtain" on the BoP, and give you, Judge Marks, some insight on the actual willful neglect of the BoP with regard to inmate health and safety.

Please understand, the listing below is by no means exhaustive. In my perception, it is simply some of the most egregious examples of willful neglect by the staff of FPC Montgomery. The irony is that the Warden routinely tells us that we are safer here than at our individual homes. He can not be more wrong; at my home, I can control my environment.

    --Correctional officers enter our dorms 8 times per day to count us. Routinely, on these counts, staff wear no mask.
    Dr. Fauci with the Trump Administration has explained many times that wearing a mask is to protect the individuals from the person wearing the mask. Staff require that we, as inmates, don a mask 100% of the time in their presence. This tells me that staff understand that they need to be protected from inmates but that inmates do not need to be protected from staff. We live in a closed community, meaning that the virus must be brought into the facility. In this case, the mode of transport is the staff of FPC Montgomery, yet they refuse to protect us from themselves.

    --Staff wear the same gloves whiles searching various inmates.

    --Medical staff does not change gloves between inmates for TB test and phlebotomy procedures. I have personally experienced this during my TB test.

    --UNICOR workers leave the compound daily and return living among the general inmate population. Again, potential carriers of the virus and infecting the compound.

    --High touch surfaces, i.e., door knobs, hand rails, remote controls, phones, computer keyboards and mouse, are rarely disinfected.

    --"Runners" going from dorm to dorm transporting contraband have the potential to carrier the virus from dorm to dorm. Staff is well aware of these "runners" but choose to do nothing about the situation. Runners have been caught by staff and returned to general population.

I have very strong convictions regarding not only my health and safety, but the safety of all inmates. It is with these convictions that I stress to you, please force the BoP to either protect us unconditionally, or release us as directed by Attorney General Barr, so that we can protect ourselves. In my observations, it is not only impossible for the BoP to protect us, but the BoP actually

has little interest in protecting us. The BoP is a completely reactive organization. I implore you, Judge Marks, please be proactive to keep people in FPC Montgomery from dying as they are dying in other federal prisons. The BoP has proven its inability in other federal prisons by allowing inmates to die. Please do not let them further prove this inability with us. Thank you for your consideration.

Best Regards,

Torry Demonbreun

C5482075
Torry Demonbreun
FPC Montgomery
Federal Prison Camp
Maxwell Air Force Base
Montgomery, Al, 36112

MONTGOMERY AL 360
21 MAY 2020 PM 4 L



U.S Federal Courthouse Annex
1 Church Street
Montgomery, Al, 36104
ATTN: Judge Emily Marks

36104-401801