United States District Court
Middle District Of Alabama

James Nekvasil,
   Plaintiff;

v.                          Case No. 2:20-CV-00-274-ECM-WC

U.S. Bureau of Prisons
   Defendant;

Honorable Emily Marks
U.S. District Judge
U.S. District Court
Middle District Of Alabama

Dear Judge Marks,

   I am writing concerning the class action lawsuit against the Bureau of Prisons, in the above case number.

   On March 25, 2020 each inmate was ordered to return to his assigned housing unit. On April 1, 2020 FPC Montgomery implemented a mandatory modified lockdown. The lockdown ceased all movement outside of the housing units. With limited movement inside and with the difficulties of social distancing, the COVID-19 virus can very well have many of our inmate population in an unknowingly asymptomatic state and highly unaware that they may have come in contact with this deadly virus that has plagued not only the City of Montgomery, but also the nation.

   Unfortunately, the living quarters make it difficult to remain a safe distance, and impossible to enter or exit, touch or talk, and use the computers or telephones as they are not sanitized throughout the day or daily. Here at FPC Montgomery we are relying on the dusk mask provided alone.

With the mandated guideline delivered by the Department of Justice citing that all inmates that have chronic care illness and considered high risk to contract the COVID-19 virus be processed for early home confinement to complete the duration of their existing sentence. Also all eligible inmates that have received their release dates deemed eligible to receive additional or direct home confinement, pursuant to the First Step Act 2018, revising the Second Chance Act 2007.

Ma'am thank you for your time in reviewing my concern in this matter.

Respectfully,

*Ramone Nick*

Ramone Nickerson

17507-002

FPC Montgomery

Maxwell Air Force Base

Montgomery, AL. 36112

Reginald McKenzie
47866-074
Montgomery Federal
Prison Camp
Maxwell Air Force Base
Montgomery, Al 36112



Federal Courthouse Annex
1 Church Street
Montgomery, Ala 36102
Attention: Judge Emily Marks
Middle District of Alabama

36104-401801