United States District Court
Middle District of Alabama

RECEIVED
2020 MAY 29 A 11:18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

James   Nekvasil
   Piantiff
   ✓

                         Case No:
US. Bureau of Prisons    2:20-CV-00-274-ECM-WC
   Defendant

Honorable Emily Marks
US District Judge
U.S District Court
Middle District of Alabama


Dear Judge Marks,

I am writing concerning the class action lawsuit against the Bureau of Federal Prisons, in the above case number. On April 1, 2020 each inmate was ordered to return to there assigned cell, as the Bureau of Prisons (B.O.P) implemented a madatory modified lockdown with no movement inside or outside,

The dorms have become the new incubators for the Covid-19 virus all imates living iside. Montgomery is one of the new hot spots and the proper measures haven't been taken to asure our safety the best recommendation in order to decrease the spreading of the virus is to practice social distancing (c.dc gov) Unfortunaly, the living quarter makes it very difficult if not impossible to achieve this recommendation.

Each dorm has eight units, each wit can hold 40 men these men share 4 showers, 4 sinks, 2 tiolets and 1 urinal everday anday and no Lysol spray and bleach.

The third problem is concerning the protective equpment. After three months and seven days of hearing and seeing the pandemic spread around the world on April 6, 2020 B.O.P finally issued facial mask we still haven't been tested for vicus

These maske are exchansed ever mondany I am thankful for the mask, as a piece of protective equipment, since having something is better that having nothing the problem is congress allocated over 100 million dallors for imates to recieve OSHA N95 mask These mask are to block 95% of very small particles including virsuses to this date 5-27-2020 none has been issue they just gave us washable mask that come from tercloth made bye UNICOT please help us...

Respecfully,

Reginald McKoy
5-27-2020

Reginald M<sup>c</sup>Kenzie
47866-074
Montgomery Federal
Prison Camp
Maxwell Air Force Base
Montgomery, Al 36112



Federal Courthouse Annex
1 Church Street
Montgomery, Ala 36102
Attention: Judge Emily Marks
Middle District of Alabama

36104-401801