IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES R. NEKVASIL, JR., | ) | |
| Reg. No. 04317-027, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:20cv274-ECM |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

Plaintiff James R. Nekvasil, Jr. has filed a document that contains what this court construes to be a motion for multiple prisoners (federal inmates at Montgomery FPC) to proceed in this single cause of action as plaintiffs. Doc. No. 6. The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners may not join their claims in a single cause of action. *Id*.

Accordingly, it is ORDERED that the motion for multiple prisoners to proceed in this single cause of action as plaintiffs (Doc. No. 6) be and is hereby DENIED.

The court notes that any federal inmate at FPC Montgomery who wishes to challenge the constitutionality of actions taken by BOP personnel in implementing the directives set forth by the Attorney General of the United States regarding how to evaluate inmates for possible release under the Coronavirus Aid, Relief, and Economic Security Act of 2020 ("CARES Act") should file a separate action including either the $400.00 filing/administrative fees or an appropriate application for leave to proceed *in forma pauperis* accompanied by relevant financial information from the inmate account clerk at Montgomery FPC.

DONE this 5th day of June, 2020.

/s/  Wallace Capel, Jr.
WALLACE CAPEL, JR.
CHIEF UNITED STATES MAGISTRATE JUDGE