IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES R. NEKVASIL, JR., <br> Reg. No. 04317-027, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF <br> PRISONS, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> )   CIVIL ACTION NO. 2:20-cv-274-ECM <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

On July 29, 2020, the Magistrate Judge entered a Recommendation (doc. 22) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Plaintiff's claims against the Defendant Bureau of Prisons are DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. § 1915A(e)(2)(B)(ii);

3. Defendant Bureau of Prisons is DISMISSED as a party; and

4. this case against the remaining defendants is referred back to the Magistrate Judge for further proceedings.

Done this 24th day of August, 2020.

                                    /s/ Emily C. Marks
                                    EMILY C. MARKS
                                    CHIEF UNITED STATES DISTRICT JUDGE